UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE:<br><br>CHEVELL R SINCLAIR<br>Debtor(s) | UNCLAIMED DIVIDENDS FOR<br>DEPOSIT TO REGISTRY FUND<br><br>CASE NO. BKY 05-46176 RJK |
|---|---|

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Time Warner Cable in the amount of $3.77, were unclaimed.

CREDITOR:  
Time Warner Cable  
Mail Station 2-6 Collections Dept.  
9705 Data Park  
Minnetonka, MN 55343-9119  

CLAIM NUMBER:  
7  

AMOUNT:  
$3.77  

ACCOUNT NUMBER:  
28345302  

**Jasmine Z. Keller, Trustee**

Dated: August 15, 2011

/s/ Jasmine Z. Keller/JJ  
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**  
Original and one copy to Clerk of Court  
One copy to United States Trustee

